## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DAVID KANEFSKY, individually and on behalf of all others similarly situated,**<br><br>        **Plaintiff,**<br><br>    **v.**<br><br>**HONEYWELL INT'L INC.,** *et al.*,<br><br>        **Defendants.** | Civ. No. 2:18-15536 (WJM)<br><br>**ORDER** |

**THIS MATTER** comes before the Court upon the competing motions of David Kanefsky and Charles M. Francisco III to be appointed as lead plaintiff. ECF Nos. 5, 6. For the reasons set forth in the accompanying opinion;

**IT IS** on this 26th day of February 2019, hereby,

**ORDERED** that Charles M. Francisco III's motion for appointment of lead plaintiff (ECF No. 5) is **GRANTED**; and it is further

**ORDERED** that Levi & Korsinsky, LLP shall serve as lead counsel for the putative class; and it is further

**ORDERED** that David Kanefsky's motion on the same (ECF No. 6) is **DENIED**.

        */s/ William J. Martini*
        **WILLIAM J. MARTINI, U.S.D.J.**