**LEVI & KORSINSKY, LLP**
Eduard Korsinsky (EK-8989)
55 Broadway, 10th Floor
New York, New York 10006
Tel.: (212) 363-7500
Fax: (212) 363-7171
Email: ek@zlk.com

*Attorneys for Lead Plaintiff Charles M. Francisco III,
Plaintiff Wayne County Employees' Retirement System,
and Lead Counsel for the Class*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID KANEFSKY, Individually and On Behalf of All Others Similarly Situated, | Civ. No. 2:18-cv-15536-WJM-SCM |
| Plaintiff, | **PLAINTIFFS' NOTICE OF MOTION AND MOTION TO SUBSTITUTE LEAD PLAINTIFF** |
| v. | |
| HONEYWELL INTERNATIONAL INC., DARIUS ADAMCZYK, and THOMAS A. SZLOSEK, | MOTION DATE: September 16, 2019 |
| Defendants. | |

**PLEASE TAKE NOTICE** that, on Monday, September 16, 2019, or as soon thereafter as the matter may be heard in the courtroom of the Honorable William J. Martini, situated at 50 Walnut Street, Newark, New Jersey 07101, Plaintiffs, by their counsel, will hereby move this Court for an

Order: (i) allowing Charles M. Francisco III to withdraw as Lead Plaintiff; (ii) appointing Plaintiff Wayne County Employees' Retirement System as the substitute Lead Plaintiff; and (iii) approving Wayne County's selection of the law firm of Levi & Korsinsky, LLP to continue serving as Lead Counsel. In support of this Motion, Plaintiffs submit herewith a Memorandum of Law in Support, Declaration of Eduard Korsinsky, and a Proposed Order.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs requested Defendants' consent in connection with the Motion. Defendants did not consent to Plaintiffs' requested relief, but indicated that they may ultimately take no position on the motion.

Dated: August 19, 2019            **LEVI & KORSINSKY, LLP**

 s/ Eduard Korsinsky
Eduard Korsinsky (EK-8989)
55 Broadway, 10th Floor
New York, New York 10006
Tel.:  (212) 363-7500
Fax:  (212) 363-7171
Email: ek@zlk.com

-and-

Nicholas I. Porritt
(*pro hac vice* to be submitted)
Adam M. Apton
(admitted *pro hac vice*)
1101 30th Street NW, Suite 115
Washington, DC 20007
Tel: (202) 524-4290
Fax: (202) 333-2121
Email: nporritt@zlk.com
Email: aapton@zlk.com

*Attorneys for Lead Plaintiff Charles M. Francisco III, Plaintiff Wayne County Employees' Retirement System, and Lead Counsel for the Class*