**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **DAVID KANEFSKY, Individually and on Behalf of Others Similarly Situated,**<br>**Plaintiff,**<br>**v.**<br>**HONEYWELL INTERNATIONAL INC.,** ***et al.***<br>**Defendants.** | 18-cv-15536<br><br>**ORDER** |

**WILLIAM J. MARTINI, U.S.D.J.:**

This matter comes before the Court on Defendants Honeywell International Inc., Darius Adamcyzk, Thomas Szlosek, and Gregory Lewis's ("Defendants") motion to dismiss. ECF No. 91.

For the reasons set forth in the accompanying opinion, **IT IS** on this 18th day of May 2020, **ORDERED** as follows:

- Defendants' motion, ECF No. 91, is **DENIED**;
- The Parties **SHALL** arrange for a conference with Magistrate Judge Dickson to discuss how to proceed with discovery. *See* ECF Nos. 77-78 (scheduling, then canceling, initial conference); and
- The Parties **SHALL** meet and confer to determine whether they can resolve foreseeable class representation issues before they cause a delay. Within 60 days of the date of this Order, the Parties **SHALL** file a joint letter, informing the Court of a proposed course of action.

/s/ William J. Martini

**WILLIAM J. MARTINI, U.S.D.J.**