# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID KANEFSKY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HONEYWELL INTERNATIONAL INC., et al.<br><br>Defendants. | No. 2:18-cv-15536-WJM-JSA<br><br>Hon. William J. Martini<br><br><u>Hearing date: May 3, 2022</u> |

## NOTICE OF PLAINTIFFS' MOTION FOR
## FINAL APPROVAL OF CLASS ACTION SETTLEMENT

**KAHN SWICK & FOTI, LLC**
Kim E. Miller (admitted PHV)
J. Ryan Lopatka (admitted PHV)
250 Park Avenue, Suite 2040
New York, NY 10177
Telephone: (212) 696-3730

-and-

Lewis S. Kahn
Craig J. Geraci, Jr. (admitted PHV)
1100 Poydras Street, Suite 3200
New Orleans, LA 70163
Telephone: (504) 455-1400

*Co-Lead Counsel for Lead Plaintiffs and the Class*

**POMERANTZ LLP**
Joshua B. Silverman (admitted PHV)
10 South La Salle Street, Suite 3505
Chicago, IL 60603
Telephone: (312) 377-1181

*Co-Lead Counsel for Lead Plaintiffs and the Class*

**DECOTIIS, FITZPATRICK, COLE & GIBLIN, LLP**
Vincent M. Giblin
61 South Paramus Road, Suite 250
Paramus, NJ 07652
Telephone: (201) 347-2136

*Liaison Counsel for Lead Plaintiffs and the Class*

Lead Plaintiffs Charles M. Francisco, III ("Francisco") and Iron Workers Local 580 – Joint Funds ("Iron Workers," and collectively, "Plaintiffs"), through their undersigned counsel, respectfully move this Court for an Order to: (1) finally approve the Settlement; (2) finally certify the Class; (3) finally approve the Notice Plan; and (4) finally approve the Plan of Allocation. In support thereof, Plaintiffs file the accompanying Memorandum of Law. A [Proposed] Order with respect to both this Motion and the Motion For an Award of Attorneys' Fees and Expenses and Compensatory Awards for Plaintiffs will be attached to reply papers, so that it can be adjusted after the exclusion deadline to reflect parties seeking exclusion.

Dated: April 1, 2022                           Respectfully submitted,

**DECOTIIS, FITZPATRICK, COLE & GIBLIN, LLP**

*/s/ Vincent M. Giblin*
Vincent M. Giblin
61 South Paramus Road, Suite 250
Paramus, NJ 07652
Telephone: (201) 347-2136
Fax: (201) 928-0588
Email: vgiblin@decotiislaw.com

*Liaison Counsel for Lead Plaintiffs and the Class*

**KAHN SWICK & FOTI, LLC**
Kim E. Miller (*admitted PHV*)
J. Ryan Lopatka (*admitted PHV*)
250 Park Avenue, 7th Floor
New York, NY 10177

1

Telephone: (212) 696-3730
Fax: (504) 455-1498
Email: kim.miller@ksfcounsel.com
Email: j.lopatka@ksfcounsel.com

 -and-

Lewis S. Kahn
Craig J. Geraci, Jr. (*admitted PHV*)
1100 Poydras Street, Suite 3200
New Orleans, LA 70163
Telephone: (504) 455-1400
Fax: (504) 455-1498
Email: lewis.kahn@ksfcounsel.com
Email: craig.geraci@ksfcounsel.com

*Co-Lead Counsel for Lead Plaintiffs and the Class*

**POMERANTZ LLP**
Joshua B. Silverman (*admitted PHV*)
10 South La Salle Street, Suite 3505
Chicago, IL 60603
Telephone: (312) 377-1181
Email: jbsilverman@pomlaw.com

 -and-

Jeremy A. Lieberman (*admitted PHV*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Fax: (212) 661-8665
Email: jalieberman@pomlaw.com

*Co-Lead Counsel for Lead Plaintiffs and the Class*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Lead Plaintiffs' Motion for Final Approval of Class Action Settlement on Defendants on April 1, 2022 via ECF.

DATED: April 1, 2022                    */s/ Vincent M. Giblin*
                                        Vincent M. Giblin

3